In the Matter of the Petition of the ROCHESTER BAR ASSOCIATION for an Inquiry by the Court into Certain Abuses and Illegal and Improper Practices Alleged in the Petition.— Matters relating to the above proceeding referred to the district

attorney of Monroe county to investigate and present charges against sundry members of the bar as the facts may warrant and to prosecute such disciplinary proceedings. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.